UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

Exotic Euro Cars

    Debtor, and Chapter 7 Petitioner,

-against-

Renzer Bell et al.,

    Creditors.

Case No.: **18 BK 10886 (VSK)**

**NOTICE OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS, AND MEDIA, AND COMPLIANCE WITH DOCKET NOS. 37, AND 50**

STATE OF CALIFORNIA    )
COUNTY OF LOS ANGELES    ) SS.:

PLEASE TAKE NOTICE that upon the attached affidavit of Renzer Bell, affirmed on the __5th_____ day of August 2020, and the exhibits attached thereto, and upon all the proceedings in this case to date, the Creditor, pro se, Renzer Bell will move this Court, at 2 o'clock P.M. on the 27th day of August, at the United States Bankruptcy Court, Central District of California 21041 Burbank Boulevard, Suite 354 / Courtroom 301 Woodland Hills, California 91367, for an Order, pursuant to the applicable Local Bankruptcy Rules, docket nos. 37, and 50, and the applicable Federal Rules of Bankruptcy Procedure instructing Trustee Amy Goldman, and Attorney Todd A. Frealy to provide copies of any, and all documents, and media to creditor Renzer Bell including but not limited to documents evincing transfers, wire transfers, withdrawals, and payments made by Exotic Euro Cars for the benefit of its directors, officers, or shareholders, the oral deposition transcript taken for defendant Sharmini Kumar, and any other discovery documents/materials/media in the possession of Trustee Amy Goldman, and Attorney Todd A. Frealy which are related to the Chapter 7 Petition of debtor Exotic Euro Cars, and not explicitly excluded by docket nos. 37, and 50, and granting such other and further relief as the Court deems just, and equitable.

Dated: August 5, 2020

*Renzer Bell*
Renzer Bell
5736 Cleveland Road
Jacksonville, Florida 32209

To:

Kahlil J. McAlpin
Partner
Law Offices of Kahlil J. McAlpin
8055 W. Manchester Avenue
Suite 525
Playa Del Ray, California 90293
(424)260-5071 – Kahlil24@Aol.com

Peter Anderson
United States Trustee
Central District of California
915 Wilshire Boulevard
Suite 1850
Los Angeles, California 90017
(213)894-6811 – Peter.C.Anderson@UST.DOJ.gov

Todd A. Frealy
Partner
Levene, Neale, Bender, Yoo & Brill L.L.P.
10250 Constellation Boulevard
Suite 1700
Los Angeles, California 90067
(310)229-1234 – TAF@LNBYB.com

Amy L. Goldman
Trustee
633 West 5th Street
Suite 4000
Los Angeles, California 90071
(213)580-7944, (213)250-7900(fax)
Amy.Goldman@LewisBrisbois.com

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Exotic Euro Cars<br><br>Debtor, and Chapter 7 Petitioner,<br><br>-against-<br><br>Renzer Bell et al.,<br><br>Creditors, | Case No.: **18 BK 10886 (VSK)**<br><br>**AFFIDAVIT IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS, AND MEDIA, AND COMPLIANCE WITH DOCKET NOS. 37, AND 50** |

STATE OF CALIFORNIA    )
COUNTY OF LOS ANGELES    ) SS.:

Renzer Bell, makes the following affirmation under the penalties of perjury:

I, Renzer Bell, am a Creditor scheduled in the above titled action, and respectfully move this Court to issue for an Order, pursuant to the applicable Local Bankruptcy Rules, docket nos. 37, and 50, and the applicable Federal Rules of Bankruptcy Procedure instructing Trustee Amy Goldman, and Attorney Todd A. Frealy to provide copies of any, and all documents, and media to creditor Renzer Bell including but not limited to documents evincing transfers, wire transfers, withdrawals, and payments made by Exotic Euro Cars for the benefit of its directors, officers, or shareholders, the oral deposition transcript taken for defendant Sharmini Kumar, and any other discovery documents/materials/media in the possession of Trustee Amy Goldman, and Attorney Todd A. Frealy which are related to the Chapter 7 Petition of debtor Exotic Euro Cars, and not explicitly excluded by docket nos. 37, and 50, and granting such other and further relief as the Court deems just, and equitable.

The reasons why I am entitled to the relief I seek are the following:

1) The undersigned creditor is informed and believes, and based thereon avers that Attorney Todd A. Frealy drafted the documented identified as docket no. 37 on behalf of, and in the capacity of Attorney of Record for Chapter 7 Trustee Amy L. Goldman.

2) The undersigned creditor is informed and believes, and based thereon avers that Hon. United States Bankruptcy Judge Victoria S. Kaufman approved docket no. 37 as the stipulation calculated to resolve the dispute over the undersigned creditor's access to discovery material, documents, and media received by Chapter 7 Trustee Amy L. Goldman.

3) The undersigned creditor is informed and believes, and based thereon avers that docket no. 50 represents Hon. United States Bankruptcy Judge Victoria S. Kaufman's approval, and adoption of the agreement proposed by Chapter 7 Trustee Amy L. Goldman, and agreed to by the undersigned creditor.

4) The undersigned creditor is informed and believes, and based thereon avers that Chapter 7 Trustee Amy L. Goldman failed, or refused to adhere to, and comply with the terms of the aforementioned stipulation which was drafted on her behalf.

5) The undersigned creditor is informed and believes, and based thereon avers that Chapter 7 Trustee Amy L. Goldman failed, or refused to provide the list(s) of documents as promised in paragraph three (3) of docket nos. 37, and 50 since the undersigned creditor has not received such list for more than nine (9) months.

6) The undersigned creditor is informed and believes, and based thereon avers that Chapter 7 Trustee Amy L. Goldman failed, or refused to provide discovery material, documents, and media for more than nine (9) months.

7) The undersigned creditor is informed and believes, and based thereon avers that Chapter 7 Trustee Amy L. Goldman filed not less than three (3) Adversary Proceedings as supplemental proceedings to the instant Chapter 7 Petition.

8) The undersigned creditor is informed and believes, and based thereon avers that Chapter 7 Trustee Amy L. Goldman propounded discovery demands in at least one (1) of the aforementioned Adversary Proceedings.

9) The undersigned creditor is informed and believes, and based thereon avers that docket nos. 37, and 50 do not mention the phrase/term "Adversary Proceeding" within the pages of the respective documents.

10) The undersigned creditor is informed and believes, and based thereon avers that Chapter 7 Trustee Amy L. Goldman deposed defendant Sharmini Kumar in, or about June 2020.

11) The undersigned creditor is informed and believes, and based thereon avers that Chapter 7 Trustee Amy L. Goldman is possession of the oral deposition transcript taken for defendant Sharmini Kumar.

12) The undersigned creditor is informed and believes, and based thereon avers that defendant Sharmini Kumar was the Chief Executive Officer for Chapter 7 Petitioner Exotic Euro Cars on April 10, 2018, and that defendant Sharmini Kumar signed the instant Chapter 7 Petition filed by Chapter 7 Petitioner Exotic Euro Cars.

13) The undersigned creditor is informed and believes, and based thereon avers that it is dictum that contractual ambiguities inure to the detriment of the contract writer.

14) The undersigned creditor is informed and believes, and based thereon avers that Chapter 7 Trustee Amy L. Goldman is the writer of the stipulation identified as docket nos. 37, and 50.

15) The undersigned creditor is informed and believes, and based thereon avers that docket nos. 37, and 50 represent the contractual agreement between the undersigned creditor, and Chapter 7 Trustee Amy L. Goldman regarding the identification, and sharing of discovery material, documents, and media received by Chapter 7 Trustee Amy L. Goldman.

16) That the undersigned creditor's request for discovery material, documents, and media received by Chapter 7 Trustee Amy L. Goldman since the filing of the aforementioned Adversary Proceedings was denied by Attorney Todd A. Frealy despite the silence of the aforementioned stipulation regarding the exclusion of discovery obtained pursuant Adversary Proceedings.

17) The undersigned creditor is informed and believes, and based thereon avers that Chapter 7 Trustee Amy L. Goldman's refusal to provide discovery material, documents, and media received is an attempt to add additional contractual terms without to the aforementioned stipulation without the consent of the undersigned creditor.

18) That the undersigned creditor respectfully asks the Court to enforce the plain language of the aforementioned stipulation drafted, and written by Chapter 7 Trustee Amy L. Goldman, and order Chapter 7 Trustee Amy L. Goldman to provide lists of discovery material, documents, and media received, and to provide discovery material, documents, and media received to the undersigned creditor including but not limited to the oral deposition transcript taken for defendant Sharmini Kumar.

19) That the email communication from Attorney Todd A. Frealy evinces the denial of the undersigned creditor's request for discovery material, documents, and media [Exhibit 3].

20) That in light of the bad faith displayed by Chapter 7 Trustee Amy L. Goldman, the undersigned creditor respectfully requests that Chapter 7 Trustee Amy L. Goldman be instructed to comply with the terms of the aforementioned stipulation within three (3) business days of the decision, and order of this Court in the event the relief sought herein is granted.

WHEREFORE, the Plaintiff respectfully seeks leave of this Court for an Order, pursuant to the applicable Local Bankruptcy Rules, docket nos. 37, and 50, and the applicable Federal Rules of Bankruptcy Procedure instructing Trustee Amy Goldman, and Attorney Todd A. Frealy to provide copies of any, and all documents, and media to creditor Renzer Bell including but not limited to documents evincing transfers, wire transfers, withdrawals, and payments made by Exotic Euro Cars for the benefit of its directors, officers, or shareholders, the oral deposition transcript taken for defendant Sharmini Kumar, and any other discovery documents/materials/media in the possession of Trustee Amy Goldman, and Attorney Todd A. Frealy which are related to the Chapter 7 Petition of debtor Exotic Euro Cars, and not explicitly excluded by docket nos. 37, and 50, and granting such other and further relief as the Court deems just, and equitable.

I declare under penalty of perjury that the foregoing statements are true and correct.

Affirmed on the 5th day of August, 2020

_____
Renzer Bell

# EXHIBIT 3

**RE: Exotic Euro Cars - Sharmini Kumar Oral Deposition Transcript, And Kumar's Financial Records**

Todd A. Frealy <taf@lnbyb.com>     8:04 AM

To  Intercambio Distribuidor

Reply    Forward    Delete

Dear Mr. Bell,

The transcript can be purchased from the court reporter. I already provided the contact information to you so you can make those arrangements. The transcript is not covered by the stipulation which only entitled you to receive the Debtor's documents. In addition, the Trustee is not permitted to give you the personal financial records of Dr. Kain Kumar and Sharmini Kumar. The stipulation expressly barred production of their personal statements. You will have to conduct your own discovery against the Kumars.

Best regards,

Todd A. Frealy, Esq.
**LEVENE, NEALE, BENDER, YOO & BRILL  L.L.P.**
3403 Tenth Street  I  Suite 709  I  Riverside, CA  92501
Phone  951 784 4122  I  Direct  310 229 3366  I  Fax  951 784 7143
TAF@lnbyb.com  I  **www.lnbyb.com**

The preceding E-mail message is subject to Levene, Neale, Bender, Yoo & Brill  L.L.P.'s email policies which can be found at http://www.lnbyb.com/disclaimers.htm.

Please consider the environment before printing this email

# RE: Exotic Euro Cars Motion To Enforce Stipulation Identified As Docket No. 37

Todd A. Frealy <taf@lnbyb.com>  8/3/2020 11:13 AM

To  Intercambio Distribuidor

Reply   Forward   Delete

Dear Mr. Bell, we have complied with the stipulation completely and you have been given all documents that you have been entitled to receive. The stipulation governed discovery that the Trustee conducted concerning the Debtor and its assets at the beginning of this case; not discovery conducted in a subsequent adversary proceeding.

Todd A. Frealy, Esq.
**LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.**
3403 Tenth Street | Suite 709 | Riverside, CA 92501
Phone 951 784 4122 | Direct 310 229 3366 | Fax 951 784 7143
TAF@lnbyb.com | www.lnbyb.com

The preceding E-mail message is subject to Levene, Neale, Bender, Yoo & Brill L.L.P.'s email policies which can be found at http://www.lnbyb.com/disclaimers.htm.

Please consider the environment before printing this email

From: Intercambio Distribuidor <qirad@comcast.net>
Sent: Monday, August 3, 2020 10:49 AM
To: Todd A. Frealy <TAF@lnbyb.com>
Cc: Amy.Goldman@LewisBrisbois.com
Subject: Re: Exotic Euro Cars Motion To Enforce Stipulation Identified As Docket No. 37