TODD A. FREALY (SBN 198780)
taf@lnbyb.com
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Emails:  taf@lnbyb.com

Attorneys for Amy L. Goldman,
Chapter 7 Trustee

**FILED & ENTERED**

**SEP 11 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Bever     **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | ) Case No. 1:18-bk-10886-VK |
| EXOTIC EURO CARS, INC., | ) Chapter 7 |
| Debtor. | ) **ORDER GRANTING IN PART AND DENYING IN PART MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND MEDIA BY CHAPTER 7 TRUSTEE** |
| | ) DATE: August 27, 2020 |
| | ) TIME: 2:00 p.m. |
| | ) PLACE: *U.S. Bankruptcy Court* |
| | )         Courtroom "301" |
| | )         21041 Burbank Boulevard |
| | )         Woodland Hills, California |

On August 27, 2020 at 2:00 p.m., a hearing was held before the Honorable Victoria S. Kaufman, United States Bankruptcy Judge for the Central District of California, San Fernando Valley Division, in Courtroom "301" located at 21041 Burbank Boulevard, Woodland Hills, California 91367, for the Court to consider the "Notice of Motion to Compel Production of Documents, Media, and Compliance With Docket Nos. 37, and 50" (the "Motion") filed by

1

Renzer Bell ("Movant"). Todd A. Frealy of Levene, Neale, Bender, Yoo & Brill L.L.P. appeared telephonically on behalf of Amy L. Goldman, Chapter 7 Trustee (the "Trustee"). Renzer Bell appeared telephonically on his own behalf. Kahlil McAlpin of the Law Offices of Kahlil McAlpin appeared on behalf of Sharmini Kumar and Kain Kumar.

This Court, having considered the Motion [Docket No. 119] and the Trustee's opposition [Docket No. 123], and the arguments of Trustee's counsel and Mr. Bell during the hearing on the Motion, and for the other reasons set forth on the record of the Court at the hearing on the Motion,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Motion is granted in part.

2. The Trustee is directed to provide to Movant no later than September ~~10~~ *25*, 2020, a list of all documents received during this case from third parties since March 4, 2019.

3. The Motion is denied in part.

4. Movant's request for turnover from the Trustee of 1) documents and information developed by the Trustee's professionals for prosecution of adversary proceedings, 2) the transcript from the deposition of Sharmini Kumar in the adversary proceeding commenced by the Trustee (Adv. No. 1:19-ap-01156-VK), and 3) the discovery responses of defendants Sharmini Kumar and Kain Kumar in the adversary proceeding commenced by the Trustee (Adv. No. 1:19-ap-01156-VK), is denied because such information and documents are not encompassed by Section 704(a)(7) and are not required to be produced pursuant to the stipulation previously entered into between the Trustee and Movant.

IT IS SO ORDERED.

Date: September 11, 2020

Victoria S. Kaufman
United States Bankruptcy Judge